```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 33300
   GEORGE D LEFEVRE
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-8646


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/22/05 and confirmed on 12/23/05.

    2.  The case was dismissed after confirmation, 05/16/2008.

    3.  The Debtor paid a total of $  14993.00 .

    4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
NATIONAL BANK OF ST ANNE  SECURED          6000.00         184.39       6000.00
CITIBANK NA               UNSECURED       NOT FILED          .00           .00
CAPITAL ONE BANK          UNSECURED        1380.98           .00        122.95
WILLIAM P DANNA           UNSECURED       61625.00           .00       5486.29
CHARTER ONE BANK          UNSECURED       NOT FILED          .00           .00
ESTATE OF ELLSWORTH T LE  UNSECURED       25825.00           .00       2299.13
NATIONAL BANK OF ST ANNE  UNSECURED         604.99           .00         53.87
CAPITAL ONE BANK          UNSECURED        1354.02           .00        120.56
ECAST SETTLEMENT CORPORA  UNSECURED        1345.47           .00        119.76
        Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER       TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  6000.00        .00       92135.46        .00      98135.46
PRINCIPAL PAID      6000.00        .00        8202.56        .00      14202.56
INTEREST PAID        184.39        .00            .00        .00        184.39
TOTAL PAID          6184.39        .00        8202.56        .00      14386.95
The Debtor's attorney, ALONZO H ZAHOUR            , was allowed $         .00
and was paid $       .00 .

The Trustee received $    606.05 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 08/19/08                       /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 33300 GEORGE D LEFEVRE